CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 13 2022

LAURA A. AUSTIN, CLERK
BY: *a. Meade*
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 2:22CR10 |
| LYNN EDWARD ("PETIE") BOWEN II | : | Violation: 18 U.S.C. § 922 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about June 16, 2022, in the Western District of Virginia and elsewhere, LYNN EDWARD ("PETIE") BOWEN II, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and while knowingly being an unlawful user of and addicted to any controlled substance, knowingly possessed a firearm and ammunition, that is, a Smith & Wesson, Model 60, .38 caliber revolver and three rounds of .38 caliber ammunition, which were in and affecting commerce.

2. All in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(e).

### NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

    a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

USAO #2019R00307

a. **Firearms/Ammunition**

1. Smith & Wesson, Model 60, .38 Caliber Revolver SN: R99428
2. 3 Rounds Remington and Peters .38 Caliber Ammunition

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 13th day of September, 2022.

/s/ Grand Jury Foreperson

*[signature]* Chris Kavanaugh by LLB

CHRISTOPHER R. KAVANAUGH
United States Attorney

USAO #2019R00307